A CERTIFIED TRUE COPY

APR 18 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 18 2007

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,* JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 83 actions to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed by the Panel in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

CLERK'S OFFICE
A TRUE COPY
APR 23 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

---

* Judges Motz and Scirica took no part in the decision of this matter.

## SCHEDULE A

<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

                                                                                                                                  **EDLA SEC. L/**

### Eastern District of California

| Case | EDLA No. |
|---|---|
| *Sheryl Churchman v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2479 | 07-2063 |
| *Irene Lear v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2830 | 07-2064 |
| *Allan J. English v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2833 | 07-2065 |

### Northern District of California

| Case | EDLA No. |
|---|---|
| *Dolores Lee Tazmon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-7455 | 07-2066 |

### Southern District of California

| Case | EDLA No. |
|---|---|
| *Hermogenes Del Rosario v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2535 | 07-2067 |
| *Maria Graham, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2536 | 07-2068 |
| *Sandra Boardman, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2537 | 07-2069 |
| *Lloyd Bell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2538 | 07-2070 |
| *Joseph Cornwall, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2539 | 07-2071 |
| *Nancy Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:07-13 | 07-2072 |

### District of Colorado

| Case | EDLA No. |
|---|---|
| *James Franklin, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-2164 | 07-2073 |

### Southern District of Florida

| Case | EDLA No. |
|---|---|
| *Kenneth Bowe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14284 | 07-2074 |
| *Jacob Avidon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14285 | 07-2075 |
| *Veronica Clark-Atchinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14287 | 07-2076 |
| *Robin A. Curry v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14288 | 07-2077 |
| *Lystine Fairweather, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14289 | 07-2078 |
| *Mary Lee Hudson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14290 | 07-2079 |
| *Walter Smith, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14291 | 07-2080 |
| *Warren Young, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14292 | 07-2081 |
| *Andrew Trax, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14293 | 07-2082 |
| *Helen Spano, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14294 | 07-2083 |
| *John Gumas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14295 | 07-2084 |
| *Darrell Duncan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14296 | 07-2085 |
| *James Ferguson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14297 | 07-2086 |
| *Carol Morgan v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14298 | 07-2087 |

- A2 -

## MDL-1657 Schedule A (Continued)

EDLA SEC. L/3

### Southern District of Florida (Continued)

| | |
|---|---|
| *Patricia C. Putman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14299 | 07-2088 |
| *Donald L. Simons v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14300 | 07-2089 |
| *Donna Robinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-14301 | 07-2090 |
| *Gail Simmons v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80994 | 07-2091 |
| *Anita Finnegan v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80996 | 07-2092 |
| *Joseph Iuvara, et al. v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80997 | 07-2093 |
| *Thomas Erling v. Merck & Co., Inc., et al.*, C.A. No. 9:06-80998 | 07-2094 |

### Southern District of Illinois

| | |
|---|---|
| *Sharon Calaway v. Merck & Co., Inc., et al.*, C.A. No. 3:06-870 | 07-2095 |
| *Sandra Kay Lindsey v. Merck & Co., Inc., et al.*, C.A. No. 3:06-883 | 07-2096 |
| *Steven Strader v. Merck & Co., Inc., et al.*, C.A. No. 3:06-896 | 07-2097 |
| *Patricia A. Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:06-948 | 07-2098 |

### District of Nevada

| | |
|---|---|
| *Charles Fitzgerald, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1324 | 07-2099 |
| *Calvin Maestro, M.D., et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1325 | 07-2100 |
| *George Morris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1326 | 07-2101 |
| *Estate of Mary Hoffman Williams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1327 | 07-2102 |
| *George Mayfield, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1328 | 07-2103 |
| *Barbara Wyman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1329 | 07-2104 |

### Southern District of New York

| | |
|---|---|
| *Ali Ghanem v. Merck & Co., Inc., et al.*, C.A. No. 1:06-11419 | 07-2105 |

### District of South Carolina

| | |
|---|---|
| *Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3225 | 07-2106 |

### Southern District of Texas

| | |
|---|---|
| *Juan Lizardi v. Merck & Co., Inc., et al.*, C.A. No. 1:06-176 | 07-2107 |
| *Maria G. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-181 | 07-2108 |
| *San Juanita Mares Lejia, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-184 | 07-2109 |
| *Rosario Lechuga v. Merck & Co., Inc., et al.*, C.A. No. 2:06-478 | 07-2110 |
| *Divine Garcia v. Merck & Co., Inc., et al.*, C.A. No. 2:06-489 | 07-2111 |

- A3 -

| | EDLA |
|---|---|
| **MDL-1657 Schedule A (Continued)** | SEC. L/3 |

### Southern District of Texas (Continued)

| | |
|---|---|
| *Hortencia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-494 | 07-2112 |
| *Pedro Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-499 | 07-2113 |
| *John Blazier v. Merck & Co., Inc., et al.*, C.A. No. 3:06-721 | 07-2114 |
| *Evert Crump v. Merck & Co., Inc., et al.*, C.A. No. 3:06-723 | 07-2115 |
| *Richard Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-724 | 07-2116 |
| *Vada Tolbert v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3689 | 07-2117 |
| *Lynna J. Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:06-114 | 07-2118 |
| *Lilian Murphree v. Merck & Co., Inc., et al.*, C.A. No. 7:06-303 | 07-2119 |
| *Juan R. Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-319 | 07-2120 |
| *Adolfo De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-320 | 07-2121 |
| *Victor Saenz v. Merck & Co., Inc., et al.*, C.A. No. 7:06-321 | 07-2122 |
| *Francisca Villarreal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-322 | 07-2123 |
| *Jose Zuniga v. Merck & Co., Inc., et al.*, C.A. No. 7:06-329 | 07-2124 |
| *Rodolfo Regalado v. Merck & Co., Inc., et al.*, C.A. No. 7:06-331 | 07-2125 |
| *Ludivina Pena v. Merck & Co., Inc., et al.*, C.A. No. 7:06-333 | 07-2126 |
| *Anita Salinas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-334 | 07-2127 |
| *Alonzo Rivas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-336 | 07-2128 |
| *Dora Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-337 | 07-2129 |
| *Julio Sierra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-338 | 07-2130 |
| *Javier Trevino v. Merck & Co., Inc., et al.*, C.A. No. 7:06-340 | 07-2131 |
| *Marcelina Tijerina v. Merck & Co., Inc., et al.*, C.A. No. 7:06-341 | 07-2132 |
| *Maria De Leon v. Merck & Co., Inc., et al.*, C.A. No. 7:06-344 | 07-2133 |
| *Abdon Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-345 | 07-2134 |
| *Maria Quintanilla v. Merck & Co., Inc., et al.*, C.A. No. 7:06-346 | 07-2135 |
| *Adriana Negrete v. Merck & Co., Inc., et al.*, C.A. No. 7:06-347 | 07-2136 |
| *Nora De Los Rios, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-357 | 07-2137 |

### Western District of Texas

| | |
|---|---|
| *Emil Kenneth Braune v. Merck & Co., Inc., et al.*, C.A. No. 1:06-848 | 07-2138 |
| *Marilyn Trent v. Merck & Co., Inc., et al.*, C.A. No. 1:06-858 | 07-2139 |
| *Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-859 | 07-2140 |
| *Shirley Ison, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-865 | 07-2141 |
| *Esther McConoghy v. Merck & Co., Inc., et al.*, C.A. No. 1:06-870 | 07-2142 |
| *Ruby Shaw v. Merck & Co., Inc., et al.*, C.A. No. 1:06-871 | 07-2143 |
| *Nathaniel Knight v. Merck & Co., Inc., et al.*, C.A. No. 1:06-901 | 07-2144 |
| *Selma Gonzalez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-985 | 07-2145 |